PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

ITEM X-RAYED BY USMS
11/2/21 



**UNITED STATES POSTAL SERVICE® Click-N-Ship®**

P    usps.com $8.70    9405 5036 9930 0048 7425 89 0087 0000 0012 9402
     US POSTAGE
     Flat Rate Env                    U.S. POSTAGE PAID
     Click-N-Ship®

10/31/2021    Mailed from 29484

**PRIORITY MAIL 1-DAY™**

NELSON L BRUCE                Expected Delivery Date: 11/02/21
PO BOX 3345
SUMMERVILLE SC 29484-3345                           0006

                                                    B099

SHIP
TO:  CLERK OF COURT
     UNITED STATES DISTRICT COURT
     PO BOX 835
     CHARLESTON SC 29402-0835

**USPS TRACKING #**



9405 5036 9930 0048 7425 89

Electronic Rate Approved #038555749



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.