AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED USDC
CLERK, CHARLESTON SC
2021 NOV -2 AM 9:56

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Nelson L. Bruce, et al.,

*Plaintiff(s)*

v.

Equifax Information Services, LLC ("Equifax"), et al.

*Defendant(s)*

Civil Action No.: 2:21-cv-03603-BHH-MGB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Equifax Information Services, LLC
Attn: CORPORATION SERVICE COMPANY (Registered Agent for Equifax)
508 Meeting Street, West Columbia, South Carolina 29169

TransUnion, LLC
Attn: THE PRENTICE-HALL CORPORATION SYSTEM, INC (Registered Agent for TransUnion)
508 Meeting Street, West Columbia, South Carolina   29169

Experian Information Solutions, Inc.
Attn: C T CORPORATION SYSTEM (Registered Agent for Experian)
2 Office Park Court Suite 103, Columbia, South Carolina   29223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Nelson L. Bruce
c/o P.O. Box 3345
Summerville, South Carolina 29484

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 11/15/2021

*Signature of Clerk or Deputy Clerk*