UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Nelson L. Bruce, | ) | C/A No.: 2:21-cv-03603-BHH-MGB |
| Plaintiff, | ) | |
| v. | ) | PLAINTIFF'S ANSWERS TO |
| | ) | LOCAL RULE 26.01 (DSC) |
| Equifax Information Solutions, LLC, et al., | ) | INTERROGATORIES |
| Defendant. | ) | |

TO:    THE ABOVE NAMED DEFENDANT:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE:** None that relate to Nelson L Bruce's claim.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:** I am exercising my right under the 7th Amendment of the U.S. Constitution to a Jury Trial.

(C) State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE:** No.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**RESPONSE:** The violation(s) which gives rise to these claims occurred within this division and

1

the corporate Defendant does business relating to the events and/or omissions alleged. Additionally, the Plaintiff resides within this district.

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:** No.

"Without Prejudice"

By: *Nelson L. Bruce*  11-17-21

Nelson L Bruce, Plaintiff
Propria Persona, Sui Juris
All Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1-306.6
c/o P.O. Box 3345
Summerville, South Carolina, 29484
P.843-437-7901
Email: leonbruce81@yahoo.com