C-3

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nelson L. Bruce | 2:21-cv-03603-BHH-MGB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Equifax et al. | CIVIL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TransUnion, LLC, THE PRENTICE-HALL COPROPRATION SYSTEM, INC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
508 Meeting Street, West Columbia, SC  29169

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nelson L. Bruce
PO BOX 3345
Summerville, SC 29484-3345

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF  [ ] DEFENDANT    TELEPHONE NUMBER    DATE 11/1/

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 12/1/21 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [✓] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
X Trey Williams - Legal Asst.

Address (complete only different than shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

| Date | Time | |
|---|---|---|
| 12-6-2021 | 11:20 | [✓] am  [ ] pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| (1) hr $65.00 | 4 x .56 = $2.24 | Ø | $67.24 | Ø | $67.24 |

REMARKS: 12/1/21 FWD to DUSM Tolliver for P/S

*Authorized to receive process*

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nelson L. Bruce, et al., | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Equifax Information Services, LLC ("Equifax"), et al.; | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORPORATION SERVICE COMPANY (Registered Agent for Defendant Equifax)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
508 Meeting Street, West Columbia, South Carolina 29169

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nelson L. Bruce
c/o P.O. Box 3345
Summerville, South Carolina 29484

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Contact information for Service on Registered Agent
1-866-403-5272
Hours of Operation M-F from 9:00 a.m. to 4:30 p.m.

Plaintiff
Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Nelson L. Bruce
TELEPHONE NUMBER: 843-437-7901
DATE: 11/15/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 71
District to Serve No. 71
Signature of Authorized USMS Deputy or Clerk: Harley
Date: 12/1/21

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
X Trey Williams – Legal Asst

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 12-6-21
Time: 11:20 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| (1) hr $65.00 | 4 x .56 = $2.24 | ∅ | $67.24 | ∅ | $67.24 $0.00 |

REMARKS: 12/1/21 FWD to DUSM Tolliver for P/S
※ Authorized to receive process ※

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nelson L. Bruce | 2:21-cv-03603-BHH-MGB |
| DEFENDANT | TYPE OF PROCESS |
| Equifax et al. | CIVIL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Experian Information Solutions, Inc.   C T CORPORATION SYSTEM
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2 Office Park Court Suite 103, Columbia, SC  29223

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nelson L. Bruce
PO BOX 3345
Summerville, SC 29484-3345

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

2021 NOV 29 PM 12:15  RECEIVED COLUMBIA SC

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER
DATE: 11/15/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 71
District to Serve No. 71
Signature of Authorized USMS Deputy or Clerk
Date: 12/1/21

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Lisa Culler

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 12-7-21    Time: 1:35

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 1)hr $65.00 | 21 x .56 = $11.76 | ∅ | $76.76 | ∅ | $76.76 |

REMARKS: 12/1/21 FWD to DUSM Tolliver for P/S

**\* Authorized to receive process \***

2021 DEC 15 AM 10:52  RECEIVED USDC CLERK CHARLESTON, SC

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Christopher Edward Lewallen | 8:21-cv-01171-SAL-MHC |
| DEFENDANT | TYPE OF PROCESS |
| Timothy McCarley, et al | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Records Custodian/Court Reporter
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Anderson County Courthouse at 100 S Main St., Anderson, S.C. 29625

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christopher Edward Lewallen 318407
Anderson County Detention Center
1009 David Lee Coffee Place
Anderson, SC 29625

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF   ☐ DEFENDANT
Deputy Clerk
TELEPHONE NUMBER: 843-579-1401
DATE: October 26, 2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 12/1/21 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Leah Howell / Anderson Clerk of Court Office

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 12-2-21    Time: 11:45 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $65.00 | $34.72 | | | | |

REMARKS: 12/1/21 FWD to GVL SDUSM Campbell for P/S
12-2-21 1st End; 1-DUSM × 1 hour (65)
Start Mileage 61,259
End Mileage 61,321 = 62 miles × .56 = 34.72
Total = $99.72

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 12/80

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 8:21-cv-01171-SAL-MHC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Anderson County Courthouse Records Custodian/Court Reporter**
on *(date)* **12-1-2021**.

☑ I served the subpoena by delivering a copy to the named person as follows: **Leah Howell @ Anderson County Clerk of Court office**
on *(date)* **12-2-21** ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ **34.72** for travel and $ **65.00** for services, for a total of $ **99.72**.

I declare under penalty of perjury that this information is true.

Date: **12-2-21**

*Douglas M. Leslie*
Server's signature

**DUSM Douglas M. Leslie**
Printed name and title

**250 E. North St., Greenville, SC 29601**
Server's address

Additional information regarding attempted service, etc.: