# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and UNKNOWN DOES 1-100,<br><br>              Defendants. | CASE NO.: 2:21-cv-03603-BHH-MGB |

## PROPOSED ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant Trans Union's Consent Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint.

The Court has considered the motion, and it is: ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant Trans Union LLC shall file its Answer or otherwise respond to Plaintiff's Complaint no later than January 27, 2022.

DATED this _____ day of _____, 2021.

 

                                            **HONORABLE BRUCE HOWE HENDRICKS**
                                            UNITED STATES DISTRICT JUDGE