**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| NELSON L. BRUCE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC; EXPERIAN INFORMATION )<br>SOLUTIONS, INC., TRANS UNION, LLC, )<br>and UNKNOWN DOES 1-100, )<br>)<br>  Defendants. )<br>) | Case No.<br>2:21-cv-03603-BHH-MGB |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES**

Defendant Experian Information Solutions, Inc. ("Experian"), by its undersigned counsel, hereby responds to the Local Rule 26.01 Interrogatories as follows:

**INTERROGATORY (A):** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE**: Experian is not aware of any persons or legal entities with subrogation interests.

**INTERROGATORY (B):** As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE**: Experian does not demand a jury trial.

**INTERROGATORY (C):** State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent

- 1 -

- 2 -

or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE:** Experian is not a publicly owned company. The ultimate parent company of Experian is Experian plc, which owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange. The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned: Central Source LLC, Online Data Exchange LLC, New Management Services LLC, VantageScore Solutions LLC, and Opt-Out Services LLC.

**INTERROGATORY (D):** State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:** Experian does not challenge the appropriateness of the division.

**INTERROGATORY (E):** Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) the explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may* be related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:** Experian is unaware of any related matter filed in this District.

**INTERROGATORY (F):** If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:** Experian Information Solutions, Inc. is properly identified.

**INTERROGATORY (G):** If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE:** While Experian does not make such a contention at this time, it reserves the right to supplement its response after conducting discovery.

Dated: December 28, 2021    Respectfully Submitted,

*/s/Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant (Fed. ID No. 11506)
ADAMS AND REESE LLP
1501 Main Street, Fifth Floor
Columbia, South Carolina 29201
Telephone: 803-212-4958
Facsimile:  803-779-4749
lyndey.bryant@arlaw.com
*Counsel for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on December 28, 2021, with the Court via the CM/ECF system, causing it to be served on all counsel of record. In addition, a copy of the foregoing was sent via mail and email to *pro se* Plaintiff at the physical address and email address listed below:

Nelson L. Bruce
P.O. Box. 3345
Summerville, SC 29484-3345
leonbruce81@yahoo.com
*Plaintiff, Pro Se*

/s/ Lyndey R. Z. Bryant
Lyndey R. Z. Bryant

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

1