IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and UNKNOWN DOES 1-100, | ) ) ) ) ) ) |
| Defendants. | ) ) |

CASE NO.: 2:21-cv-03603-BHH-MGB

## **DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION, LLC's RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

COMES NOW, Experian Information Solutions, Inc. ("Experian"), and Trans Union, LLC ("TransUnion") (collectively "Defendants"), in the above-referenced action, and hereby request that this Court deny Plaintiff's Motion for Entry of Default Judgment [ECF No. 27] because Defendants timely filed a response [ECF 26] to Plaintiff's Verified Complaint.

The Court granted the Defendants' Motions for Extension of Time to Respond to Plaintiff's Complaint [ECF 17, 23]. Accordingly, the deadline for Defendants to respond was January 27, 2022. Defendants filed their Joint Motion for More Definite Statement on January 27, 2022 [ECF No. 26].

Default judgment is only entered when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend the case. *See* FED. R. CIV. P. 55(a). Plaintiff contends Defendants "fail[ed] to plead or otherwise defend" as required by the Federal Rules of Civil Procedure. However, Defendants filed a responsive pleading within the permitted timeframe, as allowed by Rule 12 of the Federal Rules of Civil Procedure, in lieu of filing an answer to Plaintiff's Complaint. Indeed, Defendants' responsive pleading was in the form of a

1

Joint Motion for More Definite Statement under Rule 12(e). FED. R. CIV. P. 12(e). Such a motion "must be made before filing a responsive pleading and must point out the defects complained of and the details desired." *Id.* (emphasis added). Federal courts in this district have rejected such a motion when filed after or at the same time as an answer to the purportedly defective complaint. *See, e.g., Holcombe v. Helena Chem. Co.*, 238 F. Supp. 3d 767, 773-774 (D.S.C. 2017) (denying motion for more definite statement that was filed after answer as "untimely"). Accordingly, Defendants properly and timely filed a Joint Motion for More Definite Statement and Defendants' filing of this motion in lieu of an answer to Plaintiff's Complaint was not improper or erroneous.

Defendants respectfully request that this Court deny Plaintiff's Motion for Entry of Default Judgment [ECF No. 27].

Respectfully submitted,

*s/Lyndey R. Z. Bryant*
Lyndey Ritz Zwing Bryant (Fed. ID No. 11506)
lyndey.bryant@arlaw.com
ADAMS AND REESE LLP
1501 Main Street, Fifth Floor
Columbia, South Carolina 29201
Telephone: (803) 212-4958
Facsimile:  (803) 779-4749
**Counsel for Experian Information Solutions, Inc.**

*s/Wilbur E. Johnson*
Wilbur E. Johnson (Fed. ID No. 2212)
wjohnson@ycrlaw.com
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
(843) 724-6659
(843) 579-1332 Fax
**Counsel for Trans Union LLC**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Camperdown Way
Greenville, SC 29601
(864) 242-8235
*Counsel for Equifax Information Solutions, LLC*

Wilbur E. Johnson
wjohnson@ycrlaw.com
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
(843) 724-6659
(843) 579-1332 Fax
*Counsel for Trans Union LLC*

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
PO BOX 3345
Summerville, SC 29484-3345
*Pro Se Plaintiff*

                                              *s/Lyndey R. Z. Bryant*
                                              Lyndey Ritz Zwing Bryant (Fed. ID No. 11506)
                                              lyndey.bryant@arlaw.com
                                              ADAMS AND REESE LLP
                                              1501 Main Street, Fifth Floor
                                              Columbia, South Carolina 29201
                                              Telephone: (803) 212-4958
                                              Facsimile:  (803) 779-4749
                                              *Counsel for Experian Information Solutions, Inc.*