IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| NELSON L. BRUCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | CASE NO.: 2:21-cv-03603-BHH-MGB |
| LLC, EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., TRANS UNION, LLC, | ) | |
| and UNKNOWN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

Experian Information Solutions, Inc. ("Experian") hereby responds to Plaintiff's Reply and Objections to Defendant Experian's Answer and Plaintiff's Supplemental Verified Complaint (Dkt No. 74). Experian incorporates by reference its prior filings with the Court and opposes any relief requested in Dkt No. 74.

Respectfully submitted,

*s/Lyndey R. Z. Bryant*

Lyndey Ritz Zwing Bryant (Fed. ID No. 11506)
lyndey.bryant@arlaw.com
ADAMS AND REESE LLP
1501 Main Street, Fifth Floor
Columbia, South Carolina 29201
Telephone: (803) 212-4958
Facsimile: (803) 779-4749
***Counsel for Experian Information Solutions, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Rita Bolt Barker | Wilbur E. Johnson |
| rbarker@wyche.com | wjohnson@ycrlaw.com |
| Wyche PA | Clement Rivers, LLP |
| 200 E Camperdown Way | 25 Calhoun Street, Suite 400 |
| Greenville, SC 29601 | Charleston, SC 29401 |
| (864) 242-8235 | (843) 724-6659 |
| ***Counsel for Equifax Information Solutions, LLC*** | (843) 579-1332 Fax |
| | ***Counsel for Trans Union LLC*** |

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
PO BOX 3345
Summerville, SC 29484-3345
***Pro Se Plaintiff***

*s/Lyndey R. Z. Bryant*

Lyndey Ritz Zwing Bryant (Fed. ID No. 11506)
lyndey.bryant@arlaw.com
ADAMS AND REESE LLP
1501 Main Street, Fifth Floor
Columbia, South Carolina 29201
Telephone: (803) 212-4958
Facsimile:  (803) 779-4749
***Counsel for Experian Information Solutions, Inc.***