IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and UNKNOWN DOES 1-100,<br><br>    Defendant. | Case No. 2:21-cv-03603-BHH-MGB<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC**

  COME NOW, Defendant Equifax Information Services, LLC ("Equifax"), and hereby notifies the Court that *pro se* Plaintiff Nelson L. Bruce and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Plaintiff's claims as to the remaining Defendants remain before the Court. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax only. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

  Respectfully submitted, this 30th day of January 2023.

                */s/ Rita Bolt Barker*
                Rita Bolt Barker (Fed. ID No. 10566)
                Wyche, P.A.
                200 East Broad Street, Suite 400
                Greenville, South Carolina 29601
                Telephone: (864) 242-8235
                Facsimile:  (864) 235-8900
                E-mail: rbarker@wyche.com

                *Attorneys for Defendant*
                *Equifax Information Services LLC*

2

**CERTIFICATE OF SERVICE**

This is to certify that on January 30, 2023 a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and sent via U.S. Mail with adequate postage thereon addressed as follows:

>Nelson L. Bruce
>PO BOX 3345
>Summerville, SC 29484-3345
>
>*Pro Se Plaintiff*

>*/s/ Rita Bolt Barker*
>Rita Bolt Barker
>
>*Counsel for Defendant*
>*Equifax Information Services,*
>*LLC*

2