IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, <br><br> PLAINTIFF, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, LLC; TRANSUNION, LLC; AND UNKNOWN DOES 1-100, <br><br> DEFENDANTS. | C.A. NO. 2:21-CV-3603-BHH-MGB <br><br><br><br> **NOTICE OF SETTLEMENT** |

TO: THE HONORABLE JUDGE BRUCE HOWE HENDRICKS:

Trans Union LLC hereby notifies the Court that Plaintiff Nelson Bruce and Defendant Trans Union LLC have settled all claims between them in this matter and are in the process of finalizing the terms of a settlement agreement. Trans Union and Plaintiff Nelson Bruce will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement, and that the Court vacate all pending deadlines.

Respectfully submitted,

CLEMENT RIVERS, LLP

By: *s/ Wilbur E. Johnson*
Wilbur E. Johnson, Esq., Federal ID No. 2212
P.O. Box 993, Charleston, SC 29402-0993
25 Calhoun Street, Suite 400, Charleston, SC 29401
Tel: (843) 724-6659
Fax: (843) 579-1332
Email: wjohnson@ycrlaw.com

and

QUILLING SELANDER LOWNDS WINSLET & MOSER, PC

James Acosta, Esq., *Pro Hac Vice*
6900 North Dallas Parkway, Suite 800
Dallas, TX 75078
Tel: (214) 560-5440
Fax: (214) 871-2111
Email: jacosta@qslwm.com
*Attorneys for Defendant Trans Union, LLC*

Dated: February 6, 2023
Charleston, South Carolina

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

G. Troy Thames
tthames@wjlaw.net
Willson Jones Carter and Baxley
421 Wando Park Boulevard, Suite 100
Mt Pleasant, SC 29464
**Counsel for Pentagon Federal Credit Union a/k/a Pentagon Federal Credit Union Foundation**

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Broad Street, Suite 400
Greenville, SC 29601-2892

and

Lyndey Ritz Zwing Bryant
lyndey.bryant@arlaw.com
Luke M. Allen
luke.allen@arlaw.com
Adams and Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201

Eric F. Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
**Counsel for Equifax Information Services, LLC**

and

Rebecca Crawford Reynolds
rreynolds@jonesday.com
Jones Day
1420 Peachtree Street, Suite 400
Atlanta, GA 30361
**Counsel for Experian Information Solutions, Inc.**

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
P.O. BOX 3345
Summerville, SC 29484-3345
**Pro Se Plaintiff**

*s/ Wilbur E. Johnson*
**WILBUR E. JOHNSON**