# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>PLAINTIFF,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, LLC; TRANSUNION, LLC; AND UNKNOWN DOES 1-100,<br><br>DEFENDANTS. | C.A. NO. 2:21-CV-3603-BHH-MGB<br><br><br><br>**NOTICE OF SETTLEMENT** |

TO:     THE HONORABLE JUDGE BRUCE HOWE HENDRICKS:

Defendant Experian Information Solutions, LLC ("Experian") hereby notifies the Court that Plaintiff Nelson Bruce ("Plaintiff") and Experian have settled all claims between them in this matter and are in the process of finalizing the terms of a settlement agreement. Experian respectfully requests that the Court enter a *Rubin* Order to allow time for the parties to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated. Experian requests that Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted:

*s/Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant (Fed. ID No. 11506)
Luke M. Allen
ADAMS AND REESE LLP
1221 Main Street, Suite 1200
Columbia, South Carolina 29201
Telephone: 803-212-4958
Facsimile:  803-779-4749
lyndey.bryant@arlaw.com
luke.allen@arlaw.com

-and-

*Rebecca Crawford Reynolds
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: 404-581-8825
rreynolds@jonesday.com
*Admitted pro hac vice

*Attorneys for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed on February 24, 2023, with the Court via the CM/ECF system, causing it to be served on all counsel of record. In addition, a copy of the foregoing was sent via mail to *pro se* Plaintiff at the physical address listed below:

Nelson L. Bruce
P.O. Box. 3345
Summerville, SC 29484-3345
*Plaintiff, Pro Se*