IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and UNKNOWN DOES 1-100,<br><br>    Defendants. | CASE NO.: 2:21-cv-03603-BHH-MGB |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO REOPEN CASE AND RESTORE CALENDAR UNDER FED. R. CIV. 60(b)(6)

Defendant Experian Information Solutions, Inc., ("Experian") files this Response to Plaintiff's Motion to Reopen Case and Restore Calendar Under Fed. R. Civ. P. 60(b)(6), filed on April 26, 2023 as Docket No. 113 (the "Motion"), opposing the Motion on the grounds that it is moot as Plaintiff and Experian have resolved the matter.

Experian respectfully shows the Court as follows:

1. Experian filed a Notice of Settlement on February 24, 2023 (Doc. 109).

2. The Court entered an Order on February 27, 2023, establishing April 28, 2023, as the deadline for dismissal of this matter (Doc. 110).

3. Plaintiff filed the Motion on April 26, 2023 (Doc. 113).

4. Experian and Plaintiff have reached a resolution of this matter and have executed settlement paperwork. Experian sent Plaintiff a copy of the fully-executed settlement agreement and release on May 2, 2023, and Plaintiff has acknowledged receipt as of May 10, 2023. (See email attached as **Exhibit 1**.)

1

5.  On May 8, 2023, Experian fully discharged its obligations under the settlement agreement.

WHEREFORE, Experian respectfully requests that the Court deny Plaintiff's Motion or, in the alternative, allow Plaintiff and Experian through and including May 25, 2023, to submit a consent motion to dismiss the action against Experian with prejudice before restoring the case to the docket with scheduling order deadlines.

Dated this 11th day of May, 2023.

Respectfully submitted,

*s/Lyndey R. Z. Bryant*
Lyndey Ritz Zwing Bryant (Fed. ID No. 11506)
lyndey.bryant@arlaw.com
Luke M. Allen (Fed. ID No. 12950)
luke.allen@arlaw.com
Adams and Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
(803) 779-4749 Fax
***Counsel for Experian Information Solutions, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Camperdown Way
Greenville, SC 29601
(864) 242-8235
*Counsel for Equifax Information Solutions, LLC*

Wilbur E. Johnson
wjohnson@ycrlaw.com
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
(843) 724-6659
*Counsel for Trans Union LLC*

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
PO BOX 3345
Summerville, SC 29484-3345
*Pro Se Plaintiff*

*s/Lyndey R. Z. Bryant*
**Lyndey Ritz Zwing Bryant**

3